```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

**ENOD L. CRAZE,**

    **Plaintiff**

**v.**                                              **Civil Action No.: 2:04-1207**

**JO ANNE BARNHART,**
**Commissioner of**
**Social Security,**

    **Defendant**


<u>**MEMORANDUM ORDER**</u>

**The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on December 15, 2005; and the magistrate judge having recommended that the court grant plaintiff's motion for judgment on the pleadings to the extent that it seeks remand to the Commissioner for further proceedings and otherwise deny it; and the magistrate judge having further recommended that the court deny defendant's motion for judgment on the pleadings, reverse the final decision of the Commissioner, remand the case to the Commissioner and dismiss this matter from the court's docket; and no objection having been filed to the proposed findings and**

recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and the same hereby are, adopted by the court;

2. The plaintiff's motion for judgment on the pleadings be, and it hereby is, granted only insofar as it requests remand to the Commissioner for further proceedings and plaintiff's motion is otherwise denied;

3. The defendant's motion for judgment on the pleadings be, and it hereby is, denied; and

4. The decision of the Commissioner be, and the same hereby is, reversed and this cause is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C.A. § 405(g), which proceedings shall include a consideration and discussion of the medical evidence of record, particularly that of Dr. Ramesh and Dr. Mir, and a pain and credibility analysis in keeping with the applicable regulation, case law and Social Security ruling, all as more fully set forth in the magistrate judge's proposed findings and recommendation.

The Clerk is directed to forward certified copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: January 5, 2006

John T. Copenhaver, Jr.
United States District Judge